# ELECTRONIC RECORD

*138445*

COA # 09-15-00315-CR     OFFENSE: CREDIT CARD ABUSE

STYLE: JOHNSON, BEULAH LEE     COUNTY: Jefferson

COA DISPOSITION: DISMJR     TRIAL COURT: Criminal District Court

DATE: 08/31/2015     Publish: NO     TC CASE #: 14-20109

## IN THE COURT OF CRIMINAL APPEALS

STYLE: JOHNSON, BEULAH LEE v.     CCA #: *1384-15*

__PRO SE__ Petition     CCA Disposition: ____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: ____

DISMISSED AS UNTIMELY     JUDGE: ____

DATE: 10/28/2015     SIGNED: ____     PC: ____

JUDGE: Per Curiam     PUBLISH: ____     DNP: ____

----------------------------

____ MOTION FOR

REHEARING IN CCA IS: ____

JUDGE: ____